IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FLEURETTE ALLEN,<br><br>    Defendant.<br>_____/ | No. C 11-00286 CRB<br><br>**ORDER RE LEASE AGREEMENT** |

    The Government is hereby ORDERED to file with the Court a copy of the operative lease agreement in this case, along with a declaration demonstrating it was the operative agreement at the time in question.

    **IT IS SO ORDERED.**

Dated: February 28, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\286\Order re lease agreement.wpd