1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ALLEN
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 11-286 CRB (JCS)
11                                   )
                   Plaintiff,        )
12                                   )   STIPULATION AND [PROPOSED]
   v.                                )   ORDER TO MODIFY CONDITIONS OF
13                                   )   RELEASE
                                     )
14 FLEURETTE ALLEN,                  )
                                     )
15                 Defendant.        )
   _____ )
16
        On May 6, 2011, defendant Fleurette Allen was released on a $75,000 unsecured bond to
17
   reside in the halfway house while his case is pending. Mr. Allen has been compliant with his
18
   conditions of pretrial release for over one year now. He also has obtained and maintained full
19
   time employment. Given his compliance, he now requests that the Court remove the condition
20
   that he reside at the halfway house and impose a new condition stating that he shall reside with
21
   his mother in Oakland, CA, and that he shall be subject to location monitoring, with a curfew to
22
   be set by the pretrial services officer. He agrees that he shall contribute to the cost of location
23
   monitoring as directed by the pretrial services officer. All other conditions shall remain in place.
24
   Pretrial Services Officer Victoria Gibson is in agreement with the proposed modifications, and
25
   the government does not object to the proposed modifications.
26

1   IT IS SO STIPULATED.

2

3                                                 MELINDA HAAG
                                                  United States Attorney
4
    8/8/12                                        /s/
5   _____                              _____
    DATED                                         RANDY LUSKEY
6                                                 Assistant United States Attorney

7

8                                                 GEOFFREY HANSEN
                                                  Acting Federal Public Defender
9
    8/8/12                                        /s/
10  _____                              _____
    DATED                                         RITA BOSWORTH
11                                                Assistant Federal Public Defender

12

13       In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions

14  of release shall be modified such that the defendant shall no longer be required to reside at a

15  halfway house.  The defendant shall reside with his mother in Oakland, CA.  The defendant shall

16  be subject to location monitoring, with a curfew to be set by the pretrial services officer.  The

17  defendant shall contribute to the cost of location monitoring at the direction of the pretrial

18  services officer.  All other conditions of release shall remain in place.

19

20
    August 10, 2012                               _____
21  DATED                                         ~~JOSEPH C. SPERO~~  LAUREL BEELER
                                                  United States Magistrate Judge
22

23

24

25

26  STIP. & [PROPOSED] ORDER TO MODIFY
    CONDITIONS OF RELEASE *US v. Allen*, 11-
    286 CRB (JCS)                                 2